*Arthur K. Bolton, Attorney General,* for appellee.

## 28195. VON RICHTER v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Gerald R. Von Richter, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28204. HAMM v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Emory C. Hamm, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28125. FORTSON v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 20, 1973.

Ollie Fortson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28215. CLEMENTS v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 20, 1973.

Toney Earl Clements, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28129. PERRY v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 4, 1973.

Henry Dalton Perry, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28192. MARSHALL v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED OCTOBER 4, 1973.

Loyd Marshall, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28214. MOYE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED OCTOBER 4, 1973.

L. C. Moye, Jr., *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27941. HEARD v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED OCTOBER 5, 1973.

Robert J. Heard, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28329. BARBER v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED OCTOBER 25, 1973.

Eugene Barber, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.